**MEYERSON & O'NEILL**
Peter A. Greiner, Esq.
1700 Market Street, Suite 3025
Philadelphia, PA 19103
Telephone: 215-972-1376
Facsimile: 215-972-0277
pgreiner@meyersonlawfirm.com

RECEIVED

MAY 19 2008

AT 8:30
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TROY L. JONES, | ) |
| | ) Civil Action No. 3:07-cv-03878-MLC-JLH |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) Hon. Mary L. Cooper, U.S.D.J. |
| CVS PHARMACY, | ) |
| | ) (Hon. John L. Hughes, U.S.M.J) |
| Defendant. | ) |
| | ) |

### ORDER

It appearing to the Court that the requirements of Local Rule 101.1(c) for admission to practice *pro hac vice* have been satisfied,

IT IS ON THIS _19th_ day of _MAY_ 2008, HEREBY ORDERED, that the Motion for Admission *Pro Hac Vice* of Mario D. Breedlove, Esq. in the United States District Court for the District of New Jersey in the instant matter is GRANTED.

IT IS FURTHER ORDERED that Mr. Breedlove shall make a payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to New Jersey Court

Rule 1:28-2(a), within twenty (20) days of the issuance of this ORDER. Mr. Breedlove is further required to make a payment of $150.00, payable to the Clerk, USDC upon the filing of this Order.

IT IS FURTHER ORDERED that all pleadings, briefs, and other papers filed with this Court shall be signed by Peter A. Greiner of Meyerson & O'Neill, attorney of record for Plaintiff Troy L. Jones, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court for all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorney herein.

IT IS FURTHER ORDERED that Mario D. Breedlove, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u> and Local Rule 104.1, <u>Discipline of Attorneys</u>.

IT IS FURTHER ORDERED that Mario D. Breedlove, Esq. shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, 1:21-7, as amended.

_____
The Honorable John J. Hughes
United States Magistrate Judge

*no opposition*